LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Bocimar International N.V.



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
BOCIMAR INTERNATIONAL N.V.,           :

                Plaintiff,        :

-against-                                           :

ALEXANDRIA NATIONAL IRON AND          :
STEEL CO. SAE, d/b/a and/or a/k/a, AL EZZ    :    **RULE 7.1 STATEMENT**
DEKHEILA STEEL CO. – ALEXANDRIA;    :
and AL EZZ DEKHEILA STEEL CO. –          :
ALEXANDRIA, d/b/a, a/k/a, and/or f/k/a,          :
ALEXANDRIA NATIONAL IRON AND          :
STEEL CO. SAE,                                              :
                                                                          :
                Defendants.        :
-----------------------------------------------------------------x

       Plaintiff, BOCIMAR INTERNATIONAL N.V., by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that its parent corporation is Compagnie Maritime Belge N.V., and that no other publicly-held corporation owns 10% or more of its stock.

Dated: October 24, 2007

                **LAW OFFICES OF SIMON HARTER, ESQ.**
                Attorneys for Plaintiff,
                BOCIMAR INTERNATIONAL N.V.

By: _____
      Simon Harter (SH-8540)
      304 Park Avenue South – 11th Floor
      New York, New York 10010
      (212) 979-0250 (Phone)
      (212) 979-0251 (Fax)