LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Bocimar International N.V.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| BOCIMAR INTERNATIONAL N.V., | 07-cv-9522 (PKC/JCF) |
| Plaintiff, | |
| -against- | |
| ALEXANDRIA NATIONAL IRON AND STEEL CO. SAE d/b/a AL EZZ DEKHEILA STEEL COMPANY – ALEXANDRIA a/k/a AL EZZ DEKHEILA STEEL | **STIPULATION AND ORDER FOR PARTIAL RELEASE OF ATTACHED FUNDS** |
| Defendant. | |

-----------------------------------------------------------x

**WHEREAS**, Plaintiff, BOCIMAR INTERNATIONAL NV., has brought this action to confirm and enforce an award rendered in London arbitration dated August 10, 2007; and

**WHEREAS**, proceeds from an electronic funds transfer being sent from Defendant, AL EZZ DEKHEILA STEEL COMPANY – ALEXANDRIA, in the sum of $265,862.28 have been restrained by The Bank of New York Mellon pursuant to the Process of Maritime Attachment and Garnishment (PMAG) issued in this matter; and

**WHEREAS**, said Defendant has subsequently made direct payment of the sum of $241,629.35, receipt of which is acknowledged by Plaintiff, in partial satisfaction of

Plaintiff's claims hereunder and, thus, a corresponding amount shall be released from attachment and remitted to said Defendant as specified below;

**WHEREAS** the parties are further agreed that the balance of funds in the amount $24,232.93 shall remain under attachment pending resolution of the balance of Plaintiff's claims;

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The sum of $241,629.35 shall be transferred by garnishee The Bank of New York Mellon to:

> BNP Paribas Egypt SAE
> Monandessin Branch
> Account Name:  Al Ezz Dekheila Steel Co.
> Account Number:  00117-080004-011
> SWIFT CODE: BNPAEGCXXXX

2. Undersigned counsel for Plaintiff shall provide The Bank of New York Mellon with a copy of the endorsed Stipulation and Order and request the immediate transfer of the aforementioned funds, in correspondence copied to undersigned counsel for Defendant.

3. The balance of funds totaling $24,232.93 shall remain under restraint pending resolution of the balance of Plaintiff's claims.

2

Dated: November ___, 2007

          **LAW OFFICES OF SIMON HARTER, ESQ.**
          Attorneys for Plaintiff

By: _____
          Simon Harter, Esq. (SH-8540)
          304 Park Avenue South – 11th Floor
          New York, NY 10010
          (212) 979-0250

          **BAKER & McKENZIE LLP**
          Attorneys for Defendant – *making a
          Restricted Appearance pursuant to
          Rule E(8) of the Supplemental Rules
          For Certain Admiralty and Maritime Claims*

By: _____
          Charles B. Cummings, Esq. (CC-0488)
          1114 Avenue of the Americas
          New York, New York 10036
          (212) 626-4100

**SO ORDERED:**
November 5, 2007

_____
Hon. P. Kevin Castel, U.S.D.J.

3