LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Bocimar International N.V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BOCIMAR INTERNATIONAL N.V.,

           Plaintiff,

  -against-

ALEXANDRIA NATIONAL IRON AND
STEEL CO. SAE, d/b/a and/or a/k/a, AL EZZ
DEKHEILA STEEL CO. – ALEXANDRIA;
and AL EZZ DEKHEILA STEEL CO. –
ALEXANDRIA, d/b/a, a/k/a, and/or f/k/a,
ALEXANDRIA NATIONAL IRON AND
STEEL CO. SAE,

           Defendants.
-----------------------------------------------------------x

JUDGE CASTEL

'07 CIV 9522

**AFFIDAVIT PURSUANT TO**
**SUPPLEMENTAL RULE B(1)(b)**

**STATE OF NEW YORK**    )
                                ) ss.:
**COUNTY OF NEW YORK**    )

      **GERALD WEATHERS**, having been duly sworn, deposes and states the following under oath:

      1.    I am an associate in the Law Offices of Simon Harter, Esq. I am familiar with the facts of this case and make this Affidavit pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

      2.    Deponent has made an investigation and deponent believes that based upon the results of said investigation, Defendants, ALEXANDRIA NATIONAL IRON AND STEEL CO. SAE, d/b/a and/or a/k/a, Al Ezz Dekheila Steel Co. – Alexandria, and AL EZZ DEKHEILA STEEL CO. – ALEXANDRIA, d/b/a, a/k/a, and/or f/k/a, Alexandria National Iron and Steel Co. SAE, are corporations or other business entities which cannot be

"found" within this District for the purpose of an attachment under Rule B. Deponent's investigation has consisted of the following:

      (a)    Deponent contacted the office of the New York Department of State, Division of Corporations, on October 19, 2007, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for the Defendants. The search result indicated that Defendants are not New York corporations, nor are they licensed, authorized or registered to do business in the State of New York as either a domestic or international corporation;

      (b)    Deponent consulted Directory Assistance for New York via Verizon Nationwide 411 on October 19, 2007 and no listing for Defendants was located;

      (c)    Deponent consulted the current 2007 Edition of The Journal of Commerce's Transportation Telephone Tickler (Vol. 1: New York Metropolitan Area) on October 19, 2007 and no listing for Defendants was located;

      (d)    Deponent accessed Internet website http://www.superpages.com on October 19, 2007 and found no listing for Defendants in the State of New York; and

      (e)    Deponent is unaware of any general or managing agent(s) within this District for Defendants.

    3.    Based upon the foregoing, your deponent submits that Defendants, ALEXANDRIA NATIONAL IRON AND STEEL CO. SAE, d/b/a and/or a/k/a, Al Ezz Dekheila Steel Co. – Alexandria, and AL EZZ DEKHEILA STEEL CO. – ALEXANDRIA, d/b/a, a/k/a, and/or f/k/a, Alexandria National Iron and Steel Co. SAE, cannot be "found" within this District for the purpose of an attachment pursuant to Rule B and seeks an Order of Attachment against such tangible and intangible property of Defendants as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

Dated: October 24, 2007
       New York, New York

                                                      **GERALD WEATHERS**

Sworn and subscribed to before me
this 24th day of October 2007

_____
Commissioner of the Court

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, NY 10007-1213

To:     Chambers

From:   Clerk's Office

_07_ cv _9522_ (_PKC_)

Regrettably, as you know, the clerk is no longer authorized to reject papers based on form only. The attached document has been sent to chambers for review under **Rule 5(e) effective December 1, 1991.** In order for the papers to be rejected, action must be taken by the judge. This document is deficient as to form for the following reason(s):

☐   For an original signature of the attorney of record, followed by his/her address and telephone number, at the end of each document. Copies and faxes are not acceptable [Local Civil Rule 11.1(a)].

☐   All papers must bear the docket number and the initials of the judge and any magistrate judge before whom the action or proceeding is pending and have the name of each person signing it clearly printed or typed directly below the signature [Local Civil Rule 11.1(a)].

☐   Discovery shall not be filed with the clerk's office except by order of court [Local Civil Rule 5.1].

☐   All pleadings, written motions, and other papers must be plainly written, typed, printed or copied without erasures or inter-lineation which may materially deface it [Local Civil Rule 11.1(a)(1)].

☐   Expired Certificate of Good Standings (30 days) [Local Civil Rule 1.3(7)].

☐   Federal Civil Rule 7.1 disclosure statement and copy needed.

☐   Proof of service required [Federal Civil Rule 5(a)].

☒   Other _Should we accept this document for filing?_
_Document was improperly filed._

**Accept for filing:** _[signature]_                      J. Michael McMahon, Clerk

_____  _____         _Roberto Diaz_ _____
U.S.D.J.              DATE                  Deputy Clerk

**Return for compliance of local rule:**
_10-26-07_                                              _10.25.07_
                                                         Date

_____  _____
U.S.D.J.              DATE